Before STATE INDUSTRIAL BOARD, Respondent. MARTHA BILLINGS, Respondent, v. ENDICOTT-JOHNSON CORPORATION and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on

the ground that the award rests on the uncorroborated hearsay statements of the deceased. All concur.